UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re
Sandra J. Day
        Debtor(s).          No. 06-12329-trc7

ORDER ABANDONING DEBTOR'S TAX ATTRIBUTES AND
TERMINATE ESTATE FOR TAX PURPOSES

The matter coming before the Court on the Debtor's Motion Abandon Debtor's Tax Attributes and to Terminate Estate for Tax Purposes ("the Motion"), the Trustee having filed his final report, the Court having limited the objection period to 14 days and limited the parties to receive notice to the Reduced Mailing Matrix with regard to the Motion, and the Debtor's counsel having sent notice of the Motion and objection period to the Reduced Mailing Matrix on January 11, 2013, the period to submit objections, including three extra days for mailing, having expired on January 28, 2013, and there being no objection filed with the Court or received by Counsel for the Debtor, it is,

ORDERED:

1. The Debtor's prepetition tax attributes, that the bankruptcy estate succeeded to under the Internal Revenue Code, are hereby abandoned to the Debtor under Bankruptcy Code § 554(b); and

2. For Internal Revenue Code purposes, this Estate is terminated.

                                            Tom R. Cornish
                                UNITED STATES BANKRUPTCY JUDGE

Entered on docket: January 29, 2013

1

Entered on docket: January 29, 2013

Order prepared by:

ALBUQUERQUE BUSINESS LAW, P.C.

*/s/ "electronically submitted"*
Don F. Harris, Esq.
1803 Rio Grande Blvd. NW, Suite B
Albuquerque, NM 87104
(505) 246-2878 phone
(505) 246-0900 facsimile
don@abqbizlaw.com